CHARLES STEPHEN RALSTON, SBN 34111
Attorney at Law
2421 Valley Street
Berkeley, California 94702
Telephone:   (510) 540-9683
Facsimile:   (510) 540-9685
Email:       cralston@comcast.net

Attorney for Plaintiff

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER,<br>Postmaster General, United States<br>Postal Service,<br><br>    Defendant. | **Civil Action No. C 06-04967 WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

The parties[1] seek, by stipulation subject to the approval of this Court, a modification of the schedule for the Initial Case Management Conference and ADR Deadlines ordered by the

---

[1]   Defendant Potter appears specially and does not waive any defenses by virtue of this appearance.

Court on August 16, 2006,

1. The Complaint in this action was filed on August 16, 2006. Service was effected on the United States Attorney's Office on August 21, 2006. Therefore, assuming service was properly made upon the Attorney General pursuant to Rule 4 of the Federal Rules of Civil Procedure, the Answer to the Complaint was due on October 20, 2006.

2. However, because of the time needed to retrieve and assemble the administrative record in the case by the Postal Service, the earliest it will be available to the United States Attorney will be November 3, 2006. More time is required for the Assistant United States Attorney to review the record in order to prepare the answer and for counsel to confer regarding initial disclosures and ADR as required by the Court's scheduling order.

For the above reasons, and subject to the approval of this Court, plaintiff Larry Romero and defendant John E. Potter, Postmaster General of the United States, by and through their undersigned counsel, stipulate to the modification of the schedule for the Initial Case Management Conference and ADR Deadlines as follows:

1. The Answer to the Complaint will be filed by November 10, 2006;

2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, file ADR Certification signed by Parties and Counsel, and file either stipulation to ADR process or Notice of Need for ADR Phone Conference will be November 22, 2006;

3. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report will be December 7, 2006;

4. The Initial Case Management Conference will be on December 14, 2006 in

///
///
///
///
///

Stipulation and Proposed Order Modifying Schedule for
Initial Case Management Conference and ADR Deadlines
Romero v. Potter, C 06-04967 WHA

2

1 | Courtroom 9, 19th Floor, San Francisco, at 11:00 AM.

2 | **IT IS SO STIPULATED.**

DATED:   November 1, 2006            /s/ Charles Stephen Ralston
                                     CHARLES STEPHEN RALSTON
                                     Attorney for Plaintiff

DATED: November 1, 2006              KEVIN V. RYAN
                                     United States Attorney


                                     /s/ Abraham Simmons
                                     ABRAHAM SIMMONS
                                     Assistant United States Attorney
                                     Attorneys for Defendant

**APPROVED AND SO ORDERED**.   There will be no further continuances.

DATED:  November 6, 2006.
                                     _____
                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Modifying Schedule for
Initial Case Management Conference and ADR Deadlines
Romero v. Potter, C 06-04967 WHA

3