UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROMERO,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General, United States Postal Service,<br><br>      Defendant.<br>_____ / | No. C-06-4967 WHA (EMC)<br><br>**ORDER RE SANCTIONS** |

TO:  DEFENDANT AND ITS ATTORNEYS OF RECORD:

On January 9, 2007, you were ordered to lodge a Settlement Conference Statement 14 days prior to the conference, which is scheduled for June 12, 2007. Your statement was due on May 29, 2007. It was not received by chambers. My secretary, Leni Doyle, contacted and spoke on June 4, 2007, to Abraham Simmons, Assistant U.S. Attorney for Defendant. Mr. Simmons informed Ms. Doyle that Defendant's Settlement Conference Statement would be delivered to Judge Chen's chambers on Tuesday, June 5, 2007. No Settlement Conference Statement was received by chambers. On the morning of June 6, 2007, Ms. Doyle contacted and spoke to Mr. Simmons again, with the specific instructions that Defendant's statement needed to be lodged with chambers by 3:00 p.m., June 6, 2007.

///

///

///

IT IS HEREBY ORDERED that if a statement is not lodged by 3:00 p.m. on June 6, 2007, Defendant and its attorney of record will be sanctioned.

IT IS SO ORDERED.

Dated: June 6, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2