SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSB 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7124
    Facsimile:   (415) 436-7169
    Email:      ila.deiss@usdoj.gov

Attorneys for Defendant John E. Potter, USPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LARRY ROMERO, | ) | No. C 06-4967 WHA (EMC) |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| JOHN E. POTTER, POSTMASTER | ) | **ORDER TO EXTEND DISCOVERY** |
| GENERAL, UNITED STATES POSTAL | ) | **DATES AND MOTION DATE**; **AND** |
| SERVICE, | ) | **[PROPOSED] ORDER** |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate, subject to the approval of the Court, to a 30-day extension for all discovery dates currently set for July 27, 2007, to August 27, 2007, that the Court extend the last date to file dispositive motions from September 13, 2007, to October 15, 2007. The parties are not seeking to continue the trial date, which is currently set for December 3, 2007. The reason for this requested continuance is set forth below.

Assistant United States Attorney Abraham Simmons was originally assigned to the above case, but is currently unavailable due to a serious injury. Specifically, on July 20, 2007, AUSA Simmons suffered bilateral separation of the tendons of the patella. In layman's terms, both of his kneecaps have separated from his legs and he is unable to walk or stand. AUSA Simmons underwent surgery on Tuesday, July 23, 2007. At this time, it is anticipated that he will be out of the office for approximately six to eight weeks. Full medical documentation can be provided to

1 the Court upon request.  Due to Mr. Simmons' unexpected injury, the case was temporarily

2 reassigned to Assistant United States Attorney Ila Deiss on July 24, 2007.  New counsel requires

3 additional time to review the administrative file and the pleadings to properly complete

4 discovery.

5       Further, Plaintiff's counsel has recently moved his practice from California to New York,

6 and therefore he also needs time to properly complete discovery.  Again, this request is not made

7 for purposes of delay, and will not affect the pretrial or trial dates.

8       So stipulated and respectfully submitted.

9       Respectfully submitted,

10 SCOTT N. SCHOOLS
United States Attorney

11 Dated: July 26, 2007     /s/
12 ILA DEISS
Assistant United States Attorney
13 Defendant's Counsel

14 Dated: July 26, 2007     /s/
15 CHARLES STEPHEN RALSTON, ESQ.
Plaintiff's Counsel

## [PROPOSED] ORDER ON STIPULATION

Pursuant to stipulation and for good cause shown, it is hereby ordered that the deadline for discovery dates, both expert and non-expert, in this case is extended until August 27, 2007, and that the last date to file dispositive motions is October 15, 2007.

Dated:   July 30, 2007



HON. WILLIAM ALSUP
United States District Judge

Stip & Proposed Order for 30-Day Extension on Discovery Dates
C 06-4967 WHA (EMC)    2

**CERTIFICATE OF SERVICE**

**Romero v. Potter
C 06-4967 WHA (EMC)**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DATES AND MOTION DATE; AND [PROPOSED] ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

____    EMAIL

____    FACSIMILE (FAX)  Telephone No.: See Below

to the party(ies) addressed as follows:

| | |
|---|---|
| Charles Stephen Ralston, Esq.<br>3188 County Route 9<br>East Chatham, NY 12060<br>PH: 518.392.2142    FX: 518.751.1654<br>Email: cralston@gmail.com | Robert Atkins, Esq.<br>Law Offices of Robert Atkins<br>1821 Hopkins Street<br>P.O. Box 8450<br>Berkeley, CA 94707<br>PH: 510.524.6089    FX: 510.524.6223<br>Email: Ratkins700@aol.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this July 26, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant

Stip & Proposed Order for 30-Day Extension on Discovery Dates
C 06-4967 WHA (EMC)                              3