SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSB 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Facsimile: (415) 436-7169
    Email: ila.deiss@usdoj.gov

Attorneys for Defendant John E. Potter, USPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY ROMERO, <br>     Plaintiff, <br>     v. <br> JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, <br>     Defendant. | No. C 06-4967 WHA (EMC) <br> **E-FILING CASE** <br><br> **STIPULATION TO TAKE DEPOSITION AFTER DISCOVERY CUT-OFF DATE; [PROPOSED] ORDER** |

    The parties hereby stipulate, subject to the approval of the Court, to hold the deposition of Dr. Michael H. Moskowitz, Plaintiff's treating psychiatrist, on September 7, 2007, after the August 27, 2007 discovery deadline in this case. The reason for this request is that the only date Dr. Moskowitz is available for deposition before August 27, 2007 is a date that Plaintiff's counsel is traveling and therefore cannot participate. The next date that Dr. Moskowitz is available for deposition is September 7, 2007. The parties propose to take the deposition on September 7, 2007. This will not affect any of the other dates or deadlines in this case.

    So stipulated and respectfully submitted.

                                                          Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney
Dated: August 8, 2007                                     /s/
                                                          ILA DEISS
                                                          Assistant United States Attorney
                                                          Defendant's Counsel

1
2  Dated: August 8, 2007                              /s/_____
3                                                     CHARLES STEPHEN RALSTON, ESQ.
                                                      Plaintiff's Counsel
4
5                           **[PROPOSED] ORDER ON STIPULATION**

   Pursuant to stipulation and for good cause shown, it is hereby ordered that the deposition
6
7  of Dr. Michael H. Moskowitz may take place on September 7, 2007, after the deadline for

   discovery.
8
   Dated:   August 13, 2007
9
10                                                  _____
                                                    HON. WILLIAM H. ALSUP
11                                                  United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

Stip to Take Deposition After Discovery Cut-Off Date
C 06-4967 WHA (EMC)                    2

**CERTIFICATE OF SERVICE**

**Romero v. Potter**
**C 06-4967 WHA (EMC)**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION TO TAKE DEPOSITION AFTER DISCOVERY CUT-OFF DATE; [PROPOSED] ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    PERSONAL SERVICE (BY MESSENGER)

___    FEDERAL EXPRESS via Priority Overnight

___    EMAIL

___    FACSIMILE (FAX)  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

| Charles Stephen Ralston, Esq.<br>3188 County Route 9<br>East Chatham, NY 12060<br>PH: 518.392.2142    FX: 518.751.1654<br>Email: cralston@gmail.com | Robert Atkins, Esq.<br>Law Offices of Robert Atkins<br>1821 Hopkins Street<br>P.O. Box 8450<br>Berkeley, CA 94707<br>PH: 510.524.6089    FX: 510.524.6223<br>Email: Ratkins700@aol.com |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this August 8, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant