SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSB 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Facsimile: (415) 436-7169
    Email: ila.deiss@usdoj.gov

Attorneys for Defendant John E. Potter, USPS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C 06-4967 WHA (EMC)<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET SETTLEMENT CONFERENCE**<br><br>Date: October 15, 2007<br>Time: TBA<br>Ctrm: C, 15th Fl. |

    The parties hereby stipulate, subject to the approval of the Court, to reset the settlement conference to October 15, 2007. The reason for this request is based on the availability of Defendant's agency counsel's to attend the settlement conference.

                                                                 Respectfully submitted,

                                                                 SCOTT N. SCHOOLS
                                                                 United States Attorney

Dated: September 26, 2007

                                                                 ILA DEISS
                                                                 Assistant United States Attorney
                                                                 Defendant's Counsel

Dated: September 26, 2007

                                                                 CHARLES STEPHEN RALSTON, ESQ.
                                                                 Plaintiff's Counsel

**[PROPOSED] ORDER ON STIPULATION**

    Pursuant to stipulation and for good cause shown, it is hereby ordered that the settlement conference to be rescheduled for October 15, 2007 at **2:00 p.m.** .

Dated: September 27, 2007



_____
HON. EDWARD M. CHEN
United States Magistrate Judge

Stip to Reset Settlement Conference
C 06-4967 WHA (EMC)                                    2