UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROMERO, | No. C-06-4967 WHA (EMC) |
| Plaintiff, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 24, 2007, at 11:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Further, ANTHONY DUCOMB (USPS Managing Attorney), MANNY BOTELLO (USPS), and any other USPS Official needed for full settlement authority, as measured by Plaintiff's last demand, shall appear at the Further Settlement Conference in person.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

1  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
2  522-4050 if this case settles prior to the date set for Further Settlement Conference.

4  IT IS SO ORDERED.

6  Dated: October 16, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2