SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY ROMERO, ) | No. 06-4967 WHA |
| ) | **E-FILING CASE** |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JOHN E. POTTER, POSTMASTER ) | |
| GENERAL, UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This Court approved the settlement in this case on October 29, 2007.  The parties stipulate that the case should be dismissed with prejudice and that the parties will bear their own costs.

                                                  Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

Dated: November 6, 2007

                                                  ____/s/_____
                                                  ANDREW Y.S. CHENG
                                                  Assistant United States Attorney

///

Dated: November 6, 2007

\_\_\_\_\_/s/_____
CHARLES RALSTON
Attorney for Plaintiff

## ORDER

The Court hereby dismisses this action with prejudice.  The parties will bear their own costs.  All pending dates are hereby vacated.

**IT IS SO ORDERED.**



Dated:  November 7, 2007

_____
WILLIAM H. ALSUP
United States District Judge